UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES L. THOMPSON, | ) | 1:04-CV-06755-REC-SMS-P |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #15) |
| REYNOSO, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On July 17, 2006, plaintiff filed a motion to extend time to file an amended complaint. In light of the fact that plaintiff filed the amended complaint on July 24, 2006, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file an amended complaint is GRANTED nunc pro tunc to July 20, 2006.

IT IS SO ORDERED.

**Dated:   August 16, 2006**                    **/s/ Sandra M. Snyder**
b6edp0                                          UNITED STATES MAGISTRATE JUDGE