IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. THOMPSON, | 1:04-cv-06755-LJO-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 20) |
| | ORDER FOR CASE TO PROCEED WITH EXCESSIVE FORCE CLAIM AGAINST |
| REYNOSO, et al., | DEFENDANTS REYNOSO, McVAY, MARTINEZ, SLOSS, EDMONDS, AND COSTILLO |
| | ORDER DISMISSING ALL REMAINING CLAIMS AND DEFENDANTS |
| Defendants. | ORDER REFERRING ACTION BACK TO MAGISTRATE FOR SERVICE OF PROCESS |

James L. Thompson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 16, 2008, findings and recommendations were entered, recommending dismissal of plaintiff's uncognizable claims and allowing service on plaintiff's cognizable claims. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.   On May 12, 2008, plaintiff filed objections.

Plaintiff objects to the dismissal of defendant F. Castillo but states no reason for his objection.  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305,

1

this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

        Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 16, 2008, are adopted in full;

2. This action shall proceed on plaintiff's first amended complaint filed on July 24, 2006, against defendants Sgt. Reynoso, C.O. McVay, C.O. Martinez, C.O. Sloss, C.O. Edmonds, and C.O. Costillo for use of excessive force;

3. Plaintiff's claims for violation of his constitutional rights against:  (1) C.O. Montanez for electronically opening the door to plaintiff's cell, in response to Sgt. Reynoso's order to do so; (2) unspecified defendants he feels removed property from his cell; (3) Captain Rodriguez for signing a form regarding the November 10, 2003 incident; (4) Warden Adams for supervisorial liability; and (5) defendants in their official capacities, are dismissed with prejudice for failure to state a claim under 42 U.S.C. § 1983;

4. Named defendants Warden Derral Adams, C.O. F. Castillo, and C.O. M. Alaniz are dismissed with prejudice based on plaintiff's failure to state any factual allegations, and thus failure to state any cognizable claim(s) upon which relief may be granted against them;

5. The Clerk of Court is directed to reflect dismissal of defendants, pursuant to this order, on the court's docket; and

6. This case is referred back to the Magistrate Judge for service of process.

IT IS SO ORDERED.

**Dated:   June 5, 2008**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE