# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. THOMPSON,<br><br>           Plaintiff,<br><br>      v.<br><br>REYNOSO, et al.,<br><br>           Defendants.<br>_____/ | 1:04-cv-06755-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 16) |

Plaintiff James L. Thompson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 27, 2004. On July 24, 2006, plaintiff filed the first amended complaint upon which this action proceeds. The court screened plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief under section 1983 against defendants defendants Sgt. Reynoso, C.O. McVay, C.O. Martinez, C.O. Sloss, C.O. Edmonds, and C.O. Costillo for use of excessive force in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); <u>Hudson v. McMillian</u>, 503 U.S. 1, 112 S.Ct. 995 (1992); <u>Whitley v. Albers</u>, 475 U.S. 312, 320-21, 106 S.Ct. 1078 (1986); <u>Johnson v. Glick</u>, 481 F.2d 1028, 1033 (2nd Cir. 1973) (*cert. denied sub nom.* <u>Johnson</u>, 414 U.S. 1033 (1973)).

Accordingly, it is HEREBY ORDERED that:

1.     Service is appropriate for the following defendants:

        SGT. REYNOSO

        C.O. McVAY

|   |   |   |
|---|---|---|
| 1 |   | C.O. MARTINEZ |
| 2 |   | C.O. SLOSS |
| 3 |   | C.O. EDMONDS |
| 4 |   | C.O. COSTILLO |

2. The Clerk of the Court shall send plaintiff six (6) USM-285 forms, six (6) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed July 24, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summonses;

   b. One completed USM-285 form for each defendant listed above; and

   c. Seven (7) copies of the endorsed first amended complaint filed July 24, 2006;

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   June 13, 2008**           /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE