# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. THOMPSON,<br><br>             Plaintiff,<br><br>   v.<br><br>F. REYNOSO, et al.,<br><br>             Defendants.<br>_____/ | 1:04-cv-06755-LJO-SMS-PC<br><br>ORDER TO SHOW CAUSE WHY DEFENDANT SGT. REYNOSO SHOULD NOT BE DISMISSED FROM THIS ACTION<br><br>RESPONSE FROM PLAINTIFF DUE IN THIRTY DAYS |

James L. Thompson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on December 27, 2004.  (Doc. 1)

On April 16, 2008, the court issued findings and recommendations for this action to proceed on plaintiff's first amended complaint dated July 24, 2006 against defendants Sgt. Reynoso, C/O McVay, C/O Martinez, C/O Sloss, C/O Edmonds, and C/O Costillo for use of excessive force.  (Doc. 20.)  The findings and recommendations were adopted by the District Judge on June 9, 2008.  (Doc. 22.)

On June 16, 2008, the court forwarded documents to plaintiff with instructions to complete and return them to the court for service of process on defendants.  (Doc. 23.)  On July 11, 2008, the court ordered the U.S. Marshal to initiate service of process upon defendants Sgt. Reynoso, C/O McVay, C/O Martinez, C/O Sloss, C/O Edmonds, and C/O Costillo.  (Doc. 25.)

On August 28, 2008, the U.S. Marshal returned an unexecuted summons for defendant Sgt. Reynoso, notifying the court they were unable to locate Sgt. Reynoso, with the notation "per CDC Corc not employed, per CDC Locator, not in database." (Doc. 31.) On September 10, 2008, defendants C/O McVay, C/O Sloss, and C/O Edmonds filed a motion to dismiss. (Doc. 35), and on October 3, 2008, defendants C/O Martinez, and C/O Costillo joined the September 10, 2008 motion to dismiss. (Doc. 39.) To date, defendant Sgt. Reynoso has not appeared in this action. Therefore, plaintiff shall be ordered to show cause why defendant Sgt. Reynoso should not be dismissed from this action. Within thirty days, plaintiff shall file a written response with the court explaining why defendant Sgt. Reynoso should not be dismissed. In the alternative, plaintiff may file a non-opposition to the dismissal of defendant Sgt. Reynoso.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, plaintiff shall file a written response showing cause why defendant Sgt. Reynoso should not be dismissed from this action;

2. In the alternative, plaintiff may file a written non-opposition to the dismissal of defendant Sgt. Reynoso; and

3. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   November 26, 2008             /s/ Sandra M. Snyder**
                                                             UNITED STATES MAGISTRATE JUDGE